UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHESAL KABIR, FARYAL KABIR, | No. 2:22-cv-1855 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| CRYSTEL MOCEK, | |
| Defendant. | |

On November 14, 2022, plaintiffs' counsel filed a "statement re discovery disagreement pursuant to Local Rule 251."[1] (ECF No. 20.) Pursuant to Local Rule 251, motions related to discovery shall consist of a brief notice of motion and motion "scheduling the hearing date[.]" Local Rule 251(a). "No other documents need be filed at this time." (Id.) If after complying with the meet and confer requirements a dispute remains the parties shall file a Joint Statement re Discovery Disagreement that contains "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion[.]" Local Rule 251(a)-(c).

Here, the document filed by plaintiffs is not a notice of motion. Nor is it a Joint Statement. Instead, it is a statement from plaintiffs vaguely addressing a discovery dispute,

---

[1] Generally, discovery disputes are referred to the assigned magistrate judge pursuant to Local Rule 302(c)(1).

1

vaguely asserting compliance with the applicable meet and confer requirements, and requesting "that the Court please schedule [a] teleconference at its earliest possible opportunity." (ECF No. 20 at 6.) Such a filing is not permitted by Local Rule 251.[2]

Accordingly, IT IS HEREBY ORDERED that plaintiffs' November 14, 2022 Statement re Discovery Dispute (ECF No. 20) is denied without prejudice to renewal.[3]

Dated: November 22, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/kabir1855.statement.den.ord

---

[2] This is not the first time plaintiffs' counsel has failed to comply with the Local Rules. See ECF No 16. Such failures cause undue burden and delay.

[3] In the event the parties notice a discovery dispute before the undersigned, the parties shall review and comply with the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.  Note that the undersigned enforces a twenty-five-page limit on Joint Statements, and that title pages, tables of contents, tables of citations, etc., all count toward the twenty-five-page limit.